The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BECKER BEN, Individually and on Behalf of All Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER FINANCIAL CORPORATION, PATRICK M. FAHEY, JOHN J. DICKSON, MICHAEL J. CLEMENTZ and CAROL E. WHEELER, <br><br> Defendants. | No. 10-00643-RSM <br><br> NOTICE OF APPEARANCE OF LYNN L. SARKO |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears for Defendant FRONTIER FINANCIAL CORPORATION, without precluding the right to challenge lack of jurisdiction, insufficiency of process and insufficiency of service of process pursuant to CR12(b), and hereby requests that all further pleadings, notices, documents, or other papers herein, exclusive of original process, be served upon the undersigned attorneys of record at the address stated below.

NOTICE OF APPEARANCE OF LYNN L. SARKO
(10-00643-RSM) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 | DATED this 27th day of April, 2010.

2 | KELLER ROHRBACK L.L.P.

3

4

5 | By   /s/ Lynn L. Sarko
Lynn L. Sarko, WSBA #16569
Attorneys for Defendant Frontier Financial
6 | Corporation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE OF LYNN L. SARKO
(10-00643-RSM) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2010, I electronically filed the NOTICE OF APPEARANCE OF LYNN L. SARKO with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all known counsel of record, and was also served upon counsel of record via U.S. Mail postage prepaid.

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Steve W. Berman, WSBA #12536<br>Karl P Barth, WSBA #22780<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Email: steve@hbsslaw.com<br>Email: karlb@hbsslaw.com | Darren J. Robbins<br>David C. Walton<br>Catherine J. Kowalewski<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| Corey D. Holzer<br>HOLZER HOLZER & FISTEL, LLC<br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338 | Jeffrey A. Berens<br>DYER & BERENS LLP<br>303 East 17th Avenue, Suite 300<br>Denver, CO 80203 |

DATED this 27th day of April, 2010.

    s/ Juli E. Farris
Juli E. Farris

NOTICE OF APPEARANCE OF LYNN L. SARKO
(10-00643-RSM) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384