# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HAMMER,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C10-643-JCC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' motion to dismiss (Dkt. No. 85) is GRANTED. The Clerk is DIRECTED to CLOSE the case.

DATED this 20th day of April 2012.

WILLIAM M. MCCOOL
Clerk

s/Tim Farrell
Deputy Clerk